DANIEL J. BRODERICK, Bar #89424
Federal Defender
LEXI NEGIN, Bar #250376
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ABARAHAM BARRAGAN-ZEPEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:08-cr-00178 MCE |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| ABRAHAM BARRAGAN-ZEPEDA, | ) | Date: June 5, 2008 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Morrison C. England Jr. |
| _____ | ) | |

The above case is presently set for status conference on June 5, 2008. At the request of the Court, this matter is scheduled for further status conference on June 12, 2008 at 9:00 a.m. Undersigned counsel agrees that an exclusion of time is appropriate for defense preparation and investigation. It is ordered that time be excluded under the Speedy Trial Act through June 12, 2008 pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

///

///

///

1  DATED: June 5, 2008

2           Respectfully submitted,

3

4  McGREGOR W. SCOTT                      DANIEL BRODERICK
   United States Attorney                 Federal Defender
5

6

    /s/Lexi Negin for Michael Beckwith     /s/ Lexi Negin
7  MICHAEL BECKWITH                       LEXI NEGIN
   Assistant U.S. Attorney                Assistant Federal Defender
8  Attorney for United States             Attorney for Defense

9

10

11
        IT IS SO ORDERED.
12

13   Dated: June 5, 2008

14
                                        _____
15                                      MORRISON C. ENGLAND, JR.
                                        UNITED STATES DISTRICT JUDGE
16

1