Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)731-4841
Email: Rusklaw@aol.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: 2:08-cr-00178-MCE |
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE |
| Barragan-Zepeda, et.al. | ) Court: Hon. Morrison C. England<br>) Time:  9:00 a.m.<br>) Date:  August 21, 2008 |
| Defendants | |

   Defendants Fernando Barragan-Zepeda, Abraham Barragan-Zepeda, Rigoberto Garafias-Barragan and Decideria Franco by and through their undersigned counsel and the United States, by and through Assistant United States Attorney Michael Beckwith, hereby agree and stipulate that the status conference scheduled for June 12, 2008 be continued to August 21, 2008.  The defendants are charged in a nine count indictment with conspiracy to distribute methamphetamine.

   This case is the result of a nationwide two year long wiretap involving numerous defendants in different jurisdictions.  Discovery is voluminous.  Counsel for Fernando Barragan-Zepeda has just been informed of this case and does not yet have discovery.  Further discovery is forthcoming as to all defendants.

///

1	Due to the nature and complexity of this case, additional time is
2	needed for the parties to review discovery and prepare the matter
3	prior to the next status conference.  Therefore it is agreed that the
4	matter be continued to August 21, 2008 for further status and that
5	date is available with the Court.
6	The parties agree that time should be excluded under 18 U.S.C. §
7	3161(h)(8)(i) for complexity and defense preparation and under local
8	code T4.

Dated: June 11, 2008           Respectfully submitted,


                               __/s/ Shari Rusk___
                               Shari Rusk
                               Attorney for Defendant
                               Fernando Barragen-Zepeda


                               /s/ Lorie Teichert
                               Lorie Teichert
                               Attorney for Defendant
                               Decidera Franco


                               /s/ Gil Roque
                               Attorney for Defendant
                               Rigoberto Garafias-Barragan


                               /s/ Lexi Negin
                               Lexi Negin
                               Attorney for Defendant
                               Abraham Barragan-Zepeda

-2-

                                        /s/ Mike Beckwith
                                        Mike Beckwith
                                        Assistant United States Attorney

**ORDER**

     IT IS SO ORDERED.  The Court finds excludable time through August 21, 2008, based on Local Code T4, complexity and giving counsel reasonable time to prepare.

Dated:  June 13, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE