DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, Bar #250376
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
ABRAHAM BARRAGAN-ZEPEDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-08-178 MCE |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND TO EXCLUDE TIME PURSUANT TO THE SPEEDY TRIAL ACT |
| ABRAHAM BARRAGAN-ZEPEDA, FERNARNDO BARRAGAN-ZEPEDA, RIGOBERTO GARFIAS-BARRAGAN, DECIDERIA FRANCO, | |
| Defendants. | |

    This case is currently scheduled for a status hearing on October 16, 2008.  The attorneys for all parties have conferred and agree that additional time is needed for defense preparation and meetings between the parties with the goal being to resolve the case by way of a disposition.

    The parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for October 16, 2008, be continued until November 13, 2008.  In addition, the parties stipulate that the time period from October 16, 2008, to November 13, 2008, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

    A proposed order is attached and lodged separately for the court's convenience.

DATED: October 8, 2008

                      Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT | DANIEL BRODERICK |
| United States Attorney | Federal Defender |
| | |
| /s/ Lexi Negin for | /s/ Lexi Negin |
| MICHAEL BECKWITH | LEXI NEGIN |
| Assistant U.S. Attorney | Assistant Federal Defender |
| Attorney for United States | Attorney for Abraham Barragan-Zepeda |
| | |
| | /s/ Lexi Negin for |
| | SHARI RUSK |
| | Attorney at Law |
| | Attorney for Fernando Barragan-Zepeda |
| | |
| | /s/ Lexi Negin for |
| | GIL A. ROQUE |
| | Attorney at Law |
| | Attorney for Rigoberto Garfias-Barragan |
| | |
| | /s/ Lexi Negin for |
| | LORIE J. TEICHERT |
| | Attorney at Law |
| | Attorney for Decideria Franco |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ABRAHAM BARRAGAN-ZEPEDA,<br>FERNANDO BARRAGAN-ZEPEDA,<br>RIGOBERTO GARFIAS-BARRAGAN,<br>DECIDERIA FRANCO,<br><br>　　　　Defendants. | CASE NO. CR-S-08-178 MCE<br><br>ORDER CONTINUING STATUS HEARING<br>AND EXCLUDING TIME PURSUANT TO THE<br>SPEEDY TRIAL ACT |

　　　For the reasons set forth in the stipulation of the parties, filed on October 8, 2008, IT IS HEREBY ORDERED that the status conference currently scheduled for October 16, 2008, be vacated and that the case be set for Thursday, November 13, 2008 at 9:00 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' October 8, 2008 stipulation, the time under the Speedy Trial Act is excluded from October 16, 2008, through November 13, 2008, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

　Dated: October 8, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2