LAWRENCE G. BROWN
Acting United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. S-08-178 MCE |
| Plaintiff, ) | |
| ) | STIPULATION SETTING FURTHER |
| ) | STATUS CONFERENCE AND EXCLUDING |
| v. ) | TIME FOR TRANSFER OF CASE |
| ) | |
| Abraham Barragan-Zepeda, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | Hon. Morrison C. England, Jr. |
| ) | |

The parties agree that a further status conference should be set on **April 16, 2009 at 9:00 a.m.**, to allow the parties to address any issues that arise in the course of transferring the case to the Western District of Washington.

///

///

///

///

///

///

1

| | |
|---|---|
| 1 | The parties also agree that, in light of the change of venue, the time between February 19, 2009 (the date upon which the Court granted the defendants' motion), and the defendants' initial appearance in the Western District of Washington should be excluded from the calculation of time under the Speedy Trial Act to allow for the transfer of the case. 18 U.S.C. § 3161(h)(1)(E). |

                                              Respectfully Submitted,

                                              LAWRENCE G. BROWN
                                              Acting United States Attorney

Dated: March 25, 2009              By:<u>/s/ Michael M. Beckwith</u>
                                              MICHAEL M. BECKWITH
                                              Assistant U.S. Attorney

Dated: March 25, 2009              By:<u>/s/ Lexi Negin</u>
                                              LEXI NEGIN
                                              Attorney for defendant
                                              Abraham Barragan-Zepeda

Dated: March 25, 2009              By:<u>/s/ Shari Rusk</u>
                                              SHARI RUSK
                                              Attorney for defendant
                                              Fernando Barragan-Zepeda

///
///
///
///
///
///
///
///

| | | |
|---|---|---|
| 1 | Dated: March 25, 2009 | By: /s/ Gilbert Roque |
| 2 | | GILBERT ROQUE |
| | | Attorney for defendant |
| 3 | | Rigoberto Garfias-Barragan |
| 4 | Dated: March 25, 2009 | By: /s/ Lori Teichert |
| | | LORI TEICHART |
| 5 | | Attorney for defendant |
| | | Rigoberto Garfias-Barragan |

IT IS SO ORDERED.

Dated: March 27, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE