IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-08-178 MCE |
| Plaintiff, | |
| v. | ORDER TO TRANSFER VENUE TO THE DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON |
| ABRAHAM BARRAGAN-ZEPEDA, FERNANDO BARRAGAN-ZEPEDA, RIGOBERTO GARFIAS-BARRAGAN | |
| Defendants. | |

In consideration of the defendant Abraham Barragan-Zepeda's motion to transfer venue of the above captioned case pursuant to Federal Rule of Criminal Procedure 21(b) to the Western District of Washington, the joinder of Fernando Barragan-Zepeda and Rigoberto Garfias-Barragan thereto, and the government's response,

IT IS HEREBY ORDERED, that the defendants' motion to transfer venue is GRANTED as to Abraham Barragan-Zepeda, Fernando Barragan-Zepeda, Rigoberto Garfias-Barragan, Guadalupe Barragan-Zepeda, and Herminio Barragan-Mendoza;

IT IS FURTHER ORDERED, that the Clerk's Office for the United States District Court for the Eastern District of California shall transfer the case for all future proceedings to the Clerk of the United States District Court for the Western District of Washington in accordance with Federal Rule of Criminal Procedure 21(c); and

IT IS FURTHER ORDERED, that the United States Marshal Service shall transport defendants Abraham Barragan-Zepeda, Fernando Barragan-Zepeda, and Rigoberto Garfias-Barragan, to the Western District of Washington on or before April 29, 2009, so they can appear in court on April 30, 2009, for their initial appearances in the Western District of Washington. Herminio Barragan-Mendoza is currently in custody in the Western District of Washington and Guadalupe Barragan-Zepeda is at large.

IT IS FURTHER ORDERED that, in light of the change of venue, the time between February 19, 2009, and the defendants' initial appearance in the Western District of Washington shall be excluded from the calculation of time under the Speedy Trial Act to allow for the transfer of the case. 18 U.S.C. § 3161(h)(1)(E).

Dated: March 27, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE